IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ORLANDO MOZZELL POWELL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:19cv1024-LSC-CWB |
| UNITED STATES OF AMERICA, | ) (WO) |
| Respondent. | ) |

## **ORDER**

On August 29, 2022, the Magistrate Judge entered a Recommendation that Petitioner Orlando Mozzell Powell's 28 U.S.C. § 2255 motion be denied and that this case be dismissed with prejudice. (Doc. 20.) Powell has filed no objections. Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 20) is ADOPTED.

2. Powell's 28 U.S.C. § 2255 motion (Doc. 1) is DENIED, and this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

**DONE** and **ORDERED** on December 14, 2022.

_____
L. Scott Coogler
United States District Judge

160704